# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**694**
**CAF 15-00233**
PRESENT: CENTRA, J.P., LINDLEY, CURRAN, TROUTMAN, AND SCUDDER, JJ.

---

IN THE MATTER OF KEVIN A.B., JR.
-------------------------------------------
LEWIS COUNTY DEPARTMENT OF SOCIAL SERVICES,                    ORDER
PETITIONER-RESPONDENT;

DEASIA R., RESPONDENT-APPELLANT.

---

SCOTT A. OTIS, WATERTOWN, FOR RESPONDENT-APPELLANT.

MARY M. IOCOVOZZI, LOWVILLE, FOR PETITIONER-RESPONDENT.

KRYSTAL A. RUPERT, ATTORNEY FOR THE CHILD, LOWVILLE.

---

Appeal from an order of the Family Court, Lewis County (Daniel R. King, J.), entered October 15, 2014 in a proceeding pursuant to Family Court Act article 10. The order, inter alia, determined that respondent had neglected the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  September 30, 2016                    Frances E. Cafarell
                                               Clerk of the Court